Linda Claxton CA Bar No. 125729
linda.claxton@ogletreedeakins.com
J. Patrick Allen CA Bar No. 268130
patrick.allen@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendant
COVIDIEN LP

Jarrett A. Green CA Bar No. 237443
jagreen@nexus-law.com
Brian G. Lemoine CA Bar No. 233895
bglemoine@nexus-law.com
NEXUS LAW GROUP
117 E. Colorado Blvd., Suite 405
Pasadena, CA 91105
Telephone: 626.689.2004
Facsimile: 626.689.2005

Attorneys for Plaintiff
LETITIA GAUDIOSI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETITIA GAUDIOSI, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COVIDIEN LP, a professional corporation; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendant. | Case No. CV13-09551-RGK (VBKx)<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**<br><br>DISCOVERY MATTER<br><br>Complaint Filed: December 30, 2013<br>District Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Victor Kenton |

# ORDER

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the provisions of the concurrently filed stipulation between the parties regarding the use and protection of confidential information (the "Stipulation for Protective Order") shall be entered as the Order of the Court and be binding upon the parties.

DATED:  September 29, 2014              _____/s/_____
                                        THE HONORABLE VICTOR B. KENTON
                                        MAGISTRATE JUDGE OF THE UNITED
                                        STATES DISTRICT COURT