JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETITIA GAUDIOSI, an individual,<br><br>         Plaintiffs,<br><br>    v.<br><br>COVIDIEN LP, a professional corporation; and DOES 1 through 10 inclusive,<br><br>         Defendant. | Case No. CV13-09551-RGK (VBKx)<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE CIVIL ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Complaint Filed: December 30, 2013<br>District Judge:   Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Victor Kenton |

[Proposed] Order
Dismissing Case

Case No. CV13-09551-RGK (VBKx)
[PROPOSED] ORDER DISMISSING ENTIRE CIVIL ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

1 | Pursuant to the Stipulation between the parties, filed by and through their
2 | counsel of record, and for good cause showing it is hereby ordered that the above-
3 | referenced action is dismissed with prejudice and in its entirety pursuant to Federal
4 | Rules of Civil Procedure 41(a)(1)(A).  The Court will retain retain jurisdiction over
5 | the above-captioned action for the sole purpose of enforcing the terms of the Parties'
6 | confidential Settlement Agreement.  Each side shall bear its own attorneys' fees and
7 | costs.
8 | IT IS SO ORDERED.

DATED: January 12, 2015    _____
                           The Honorable R. Gary Klausner
                           United States District Judge

cc:    ADR Unit